# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

January 9, 2019

Lyle W. Cayce
Clerk

No. 18-30709
Summary Calendar

HARVEY RAY LEXING, individually and as Next Friend of EML,

     Plaintiff - Appellant

v.

JOHN BEL EDWARDS, in his official capacity; ALBERT E. LOOMIS, individually and in his official capacity; MARY HAMILTON, individually and as an employee of Albert E. Loomis, III; MARKETA GARNER WALTERS, in her official capacity; KEESHA BORDELON, individually and in her official capacity; ANIKA LASHAYE CARSTON; JO CASTON, individually and in her official capacity,

     Defendants - Appellees

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 3:17-CV-1092

Before JOLLY, COSTA, and HO, Circuit Judges.

PER CURIAM:*

     AFFIRMED. *See* 5TH CIR. R. 47.6.

---

    * Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.